**STAN STANART**
COUNTY CLERK, HARRIS COUNTY, TEXAS
PROBATE COURTS DEPARTMENT

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
12/14/2015 10:37:08 AM
CHRISTOPHER A. PRINE
Clerk

14TH DAY OF DECEMBER, 2015

CLERK OF THE COURT OF APPEALS FOR THE
FOURTEENTH JUDICIAL DISTRICT (CIVIL APPEAL)
301 FANNIN STREET
HOUSTON, TEXAS 77002

ESTATE OF: SHERRY MARIE ARNOLD, DECEASED
CAUSE NO.: 361,038-401

HOWARD JOSEPH HOLMES, PRO SE
APPELLANT

PROBATE COURT NO. FOUR
HARRIS COUNTY, TEXAS

VS.

ESTATE OF SHERRY MARIE ARNOLD,
DECEASED, GLORIA MARIE TOWNSEND
ARNOLD, ACTING INDIVIDUALLY AND AS THE
REPRESENTATIVE OF THE ESTATE OF SHERRY
MARIE ARNOLD
APPELLEE

HIPOLITA LOPEZ,
COURT REPORTER

ATTORNEY OF RECORD FOR APPELLANT
NAME:                    HOWARD JOSEPH HOLMES, PRO SE
ADDRESS:                 TDCJ NO. 1402345
                         W.P. CLEMENTS UNIT
                         9601 SPUR 591
                         AMARILLO, TEXAS 79107-9606
TELEPHONE#:              N/A
FAX #                    N/A
EMAIL ADDRESS:           N/A
TEXAS STATE BAR#: N/A


ATTORNEY OF RECORD FOR APPELLEES
NAME:                    DANIEL HRNA
ADDRESS:                 P.O. BOX 290427
                         KERRVILLE, TEXAS 78029
TELEPHONE#:              281-564-9800, 281-451-9800
FAX #                    281-498-0851, 830-896-0992
EMAIL ADDRESS:           N/A
TEXAS STATE BAR#: 10129500


DATE OF JUDGMENT: **DECEMBER 16, 2011**
CROSS-MOTION FOR JUDGMENT N.O.V. FILED: **N/A**
MOTION FOR MISTRIAL FILED: **N/A**

1

*(vertical text in left margin)* PBT-2015-401793

JURY TRIAL: **NO**
APPEALS CONSOLIDATED UNDER THIS CAUSE: **N/A**
COMPANION CASES: **N/A**
NOTICE OF APPEAL FILED ON: **DECEMBER 9, 2015**
**PAUPERS OATH FILED DECEMBER 9, 2015**

PBT-2015-401793

SS/HW

Sincerely,
STAN STANART,
Harris County Clerk

/S/ HENRY WILLIAMS
HENRY WILLIAMS DEPUTY
Probate Courts Department
(713)755-6425

**2**

NO. 361-038-401

| | | |
|---|---|---|
| ESTATE OF SHERRY MARIE ARNOLD, DECEASED, GLORIA MARIE TOWNSEND ARNOLD, ACTING INDIVIDUALLY AND AS THE AS THE REPRESENTATIVE OF THE ESTATE OF SHERRY MARIE ARNOLD, PLAINTIFF | § | IN THE PROBATE COURT |
| | | NUMBER FOUR |
| V. | | |
| HOWARD JOSEPH HOLMES, DEFENDANT | | HARRIS COUNTY, TEXAS |

## NOTICE OF APPEAL

COMES NOW, PETITIONER, HOWARD JOSEPH HOLMES, TDCJ No. 1402345 hereby declares under penalty of perjury in accordance with Texas Civil Practices and Remedies Codes 132.001-132.003 that the foregoing declaration of NOTICE OF APPEAL is in accordance with Fed. App. 3(a), (d)— Claim of Appeal. That the Clerk of the Probate Court Number Four notify the Attorney and the Appeals Court.

### TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL

I, JUDGE OF THE TRIAL COURT, certify this civil case in Probate Court:

[ ] is not a settlement case, and the Defendant has the right of appeal.

[ ] is a settlement case, and the Defendant has not the right of appeal.

_____
Judge presiding

_____
Date signed

FILED
2015 DEC -9 AM 9: 34
COUNTY CLERK
HARRIS COUNTY, TEXAS

3

## CERTIFICATE OF SERVICE

I, HOWARD JOSEPH HOLMES, TDCJ No. 1402345, being presently incarcerated in the Texas Department of Criminal Justice—Institutions Division of the W.P. Clements Unit, ID, Potter County, 9601 Spur 591, Amarillo, TX. 79107, do hereby testify that a true and correct copy of NOTICE OF APPEAL was served by First Class Mail via Clements Unit Mailroom and the U.S. Mail Service Systems to Plaintiff via Attorney, Daniel Hrna, P.O. Box 290427, Kerrville, TX. 78079, on this the 20th day of November 2015.

HOWARD JOSEPH HOLMES
TDCJ NO. 1402345
W.B CLEMENTS UNIT
9601 SPUR 591
AMARILLO, TX. 79107-9606

## VERIFICATION

I, HOWARD JOSEPH HOLMES, TDCJ No. 1402345, being presently incarcerated in the Texas Department of Criminal Justice—Institutions Division of the W.P. Clements Unit, ID, Potter County, 9601 Spur 591, Amarillo, TX. 79107-9606, do hereby verify and declare under penalty of perjury pursuant to V.T.C.A. Civil Procedures and Remedies Codes 132.001 – 132.003; that the foregoing statements are true and correct.
Executed on this 20th day of November 2015.

HOWARD JOSEPH HOLMES
TDCJ No. 1402345
W.P. CLEMENTS UNIT
9601 SPUR 591
AMARILLO, TX. 79107-9606

4

12092015:1340:P0133

No. 361-038-401

ESTATE OF SHERRY MARIE ARNOLD, DECEASED, GLORIA MARIE TOWNSEND ARNOLD, ACTING INDIVIDUALLY AS THE REPRESENTATIVE OF THE ESTATE OF SHERRY MARIE ARNOLD, PLAINTIFF

V.

HOWARD JOSEPH HOLMES, DEFENDANT

IN THE PROBATE COURT

NUMBER FOUR

HARRIS COUNTY, TEXAS

## APPLICATION TO PROCEED IN FORMA PAUPERUS

I, HOWARD JOSEPH HOLMES, TDCJ No. 1402345, declare, depose, and say that I am the Defendant in the above entitled cause. In support of my Motion to proceed without being required to prepay fees & costs, or give security therefore, I state because of my poverty, I am unable to pay in advance, the filing fee for said proceedings, or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true,

D. Have you received, within the last 12 months, any money from the following sources?

a. Business, professional or from self-employment ? YES _____ NO __X__

b. Rent payments, interest or dividends ? YES _____ No __X__

c. Pensions, annuities of life insurance payments ? YES _____ ? No __X__

d. Gifts or inheritances ? YES _____ No __X__

e. Family or friends ? YES __X__ No _____

f. Any other sources ? YES _____ No __X__

If you answered YES to any of the above, describe each source of money and state the amount received from each during the past 12 months,

Brother, James Lucas Holmes, supports Defendant with deposits of $180.00 every other month since April 2015. Before that date, once $180.00 monthly.

2. Do you own any cash, or do you have money in a checking or savings account, including any funds in prison accounts ? YES __X__ No _____

If you answered YES to any of the questions above, state the total value of the items owned.

In my Inmate Trust Fund Account, last known balance is: $86.49 on 20 November 2015.

3). Do you own real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

Yes _____   No __X__

If you answered Yes, describe the property and state approximate value.

_____

_____

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct. [28 U.S.C. § 1746].

SIGNED on this 20TH day of November 20 15.

HOWARD JOSEPH HOLMES
DEFENDANT
TDCJ NO. 1402345
W.P. CLEMENTS UNIT
9601 SPUR 591
AMARILLO, TEXAS 79107

FILED
2015 DEC -9 AM 9: 35
COUNTY CLERK
___ COUNTY TEXAS

ATCIFP (REV. 9/02)

## CERTIFICATE OF SERVICE

I, HOWARD JOSEPH HOLMES, TDCJ No. 1402345, being presently incarcerated in the Texas Department of Criminal Justice - Institutions Division at the W.P. CLEMENTS UNIT, I.D. POTTER County, 9601 SPUR 591, Amarillo, Texas 79107, due hereby testify that a true and correct copy of MOTION TO PROCEED IN FORMA PAUPERIS was served by first class mail via the CLEMENTS unit and U.S. Mail-Service-System to Plaintiff, by her Attorney, Daniel URNA, P.O. BOX 290427, Kerrville, Texas 78029 on this ____20th____ day of ____November____, 20__15__.

_____
HOWARD JOSEPH HOLMES
TDCJ No. 1402345
W.P. CLEMENTS UNIT
9601 SPUR 591
Amarillo, TX 79107-9606

## VERIFICATION

I, HOWARD JOSEPH HOLMES, TDCJ No. 1402345, being presently incarcerated in the Texas Department of Criminal Justice - Institutions Division in the W.P. CLEMENTS UNIT, I.D. POTTER County, I.D. 9601 Spur 591, Amarillo, TX. 79107, due hereby verify and declare under penalty of perjury pursuant to V.T.C.A., Civil Procedure and Remedies Codes 132.001-132.003, that the foregoing statements are true and correct. Executed on this ____20th____ day of ____November____, 20__15__.

_____
HOWARD JOSEPH HOLMES
TDCJ No. 1402345
W.P. CLEMENTS UNIT
9601 SPUR 591
Amarillo, TX 79107-9606

7

NO. 361-038-401

| | | |
|---|---|---|
| ESTATE OF SHERRY MARIE ARNOLD AND GLORIA MARIE TOWNSEND ARNOLD, INDIVIDUALLY AND AS THE ESTATE OF SHERRY MARIE ARNOLD, PLAINTIFFS | § | IN THE PROBATE COURT<br><br>NUMBER FOUR |
| AND<br>HOWARD JOSEPH HOLMES, DEFENDANT | | HARRIS COUNTY |

### DECLARATION OF INABILITY TO PAY COSTS

The following Declaration is made pursuant to the Texas Rules of Civil Procedure and Title 6 Chapter 132 of the Civil Procedure and Remedies Code.

Now respectfully comes HOWARD JOSEPH HOLMES, TDCJ No. 1402345, and declares that I am unable to pay the costs in this civil action and requests leave of the Court to proceed in forma pauperis in this accompaning civil action and would show the Court the following:

(1.) I am presently incarcerated in the W.P. CLEMENTS UNIT of the Texas Department of Criminal Justice — Correctional Institutions Division where I am not permitted to earn or handle money, checks, or credit cards.

(2.) I have no source of income or spousal income.

(3.) I currently have $86.49 credited to me in the Inmate Trust Fund.

(4.) During my incarceration in the Texas Department of Criminal Justice — Correctional Institutions Division I have recieved approximately $180.00 per month as gifts from relatives and friends. The last (6) months deposits are every other month.

(5.) I neither own nor have an interest in any realty, stocks, bonds, or bank account and I have no interest or dividend income from any source.

(6.) I have NO dependents.

(7.) I have total debts of approximately $1.8 Million, for I have not received notice of full debt payment to Plaintiff Gloria Townsend Arnold, nor a balance due.

(8.) I owe $1.8 Million in restitution.

(9) My monthly expenses are approximately $180.00,

I, HOWARD JOSEPH HOLMES, TDCJ NO. 1402345, being presently incarcerated in the W.P. CLEMENTS UNIT of the Texas Department of Criminal Justice — Correctional Institutions Division in Potter County, Texas, verify and declare under penalty

## CERTIFICATE OF SERVICE

I, HOWARD JOSEPH HOLMES, TDCJ No. 1402345, being presently incarcerated in the Texas Department of Criminal Justice — Institutions Division of the W.P. Clements Unit, ID, Potter County, 9601 Spur 591, Amarillo, Texas 79107, due hereby testify that a true and correct copy of DECLARATION OF INABILITY TO PAY COSTS, including (inmate trust fund statement) was served by First Class Mail via CLEMENTS UNIT mailroom and the U.S. Mail service systems to Plaintiff via Attorney DANIEL HRNA, P.O. Box 290427, Kerrville, Texas 78079, on this the 20th day of November, 20 15.

Howard Joseph Holmes
1402345
W.P. CLEMENTS UNIT
9601 SPUR 591
Amarillo, TX. 79107-9606

## VERIFICATION

I, HOWARD JOSEPH HOLMES, TDCJ No. 1402345, being presently incarcerated in the Texas Department of Criminal Justice — Institutions Division of the W.P. CLEMENTS UNIT, ID, Potter County, 9601 Spur 591, Amarillo, TX. 79107, do hereby verify and declare under penalty of perjury pursuant to V.T.C.A. Civil Procedures and Remedies Codes 132.001-132.003, that the foregoing statements are true and correct.
Executed on this day of 20th in the month of November, 20 15.

Howard Joseph Holmes
TDCJ No. 1402345
W.P. CLEMENTS UNIT
9601 SPUR 591
AMARILLO, TX. 79107-9606

FILED
2015 DEC -9 AM 9: 35
COUNTY CLERK

9

of perjury that the foregoing statements are true and correct. Executed on this _20TH_ day of _November_, 20_15_.

HOWARD JOSEPH HOLMES
TDCJ No. 1402345
W.P. CLEMENTS UNIT
9601 SPUR 591
AMARILLO, TEXAS 79107

**10**